## Davis *v.* Mourar (et al., Appellants).

Argued June 13, 1961. Before ERVIN, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., and WRIGHT, J., absent).

reargument refused October 6, 1961.

*Gerald J. Haas,* Associate Counsel, State Workmen's Insurance Fund, with him *E. S. Lawhorne,* Associate Counsel, *R. D. Holahan,* Counsel, State Workmen's Insurance Fund, *Marshall Seidman,* Deputy Attorney General, and *Anne X. Alpern,* Attorney General, for State Workmen's Insurance Fund, appellant.

*Kenneth Syken,* with him *Mazer and Syken,* for appellee.

OPINION PER CURIAM, September 12, 1961:

The order of the Court of Common Pleas of Delaware County is affirmed on the opinion of Judge WM. R. TOAL for the court below, reported at 24 Pa. D. & C. 2d 689.